# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| LISA ANN TATRAI, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| -vs- | ) | Case No. CIV-18-0141-F |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

## ORDER

Magistrate Judge Bernard M. Jones has submitted a Report and Recommendation (doc. no. 20), recommending that the court affirm the Commissioner's decision in this matter, which was unfavorable to the claimant. The Commissioner found that the claimant, Lisa Ann Tatrai, who had applied for supplemental security income, is not disabled under the Social Security Act.

The Report advised the parties of their right to file an objection, and further advised that failure to timely object waives the right to appellate review of factual and legal issues contained in the Report. No objection has been filed, and no party has requested an extension of time within which to object.

Having reviewed the detailed Report, and with no objection having been made to the Report, the court finds that it agrees with the recommendations of the Magistrate Judge and that no purpose would be served by any further discussion here.

The Report's recommendations are **ACCEPTED**, **AFFIRMED** and **ADOPTED**. As recommended by the Magistrate Judge, the Commissioner's

decision, which found that the claimant is not disabled under the Social Security Act, is **AFFIRMED**.

IT IS SO ORDERED this 26th day of September, 2018.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

18-0141p001.docx